PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
Brian Wirtz (SBN 228956)
175 Fulweiler Avenue
Auburn, CA  95603
Telephone:  530-889-4044
Fax:  530-889-4069

Attorneys for Defendants PLACER COUNTY; VALERIE HARRIS, Sheriff's
Lieutenant; VALERIE HARRIS, an individual; JAMES HUDSON, Detective; JAMES
HUDSON, an individual; EDWARD N. BONNER, Sheriff; STEPHEN L. D'ARCY,
Undersheriff, JOHN ADDOMS, Lieutenant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN G. DUNMORE, | ) **Case No.: 2:05-CV-01806-LKK-DAD** |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE HEARING (MODIFIED)** |
| | ) _____ |
| PLACER COUNTY, et al., | ) |
| | ) DATE:  JULY 21, 2006 |
| Defendants | ) TIME:   10:00 A.M. |
| _____ | ) COURTROOM: 27 |

The parties hereby mutually agree to continue Plaintiff's "Motion for *in Camera* Review of PCSO Defendants' Documents "Privilege Log", and Motion to Compel PCSO Defendants to Fully Answer Plaintiff's Request for Special and Contention Interrogatories (Set #1)" (herein "Plaintiff's Motion") and Defendants' Motion for Protective Order (herein "Defendants' Motion) currently set for hearing on July 21, 2006 to August 4, 2006 at 10:00 a.m. in Courtroom 27.  Each party will have an opportunity to file responsive pleadings to the motions as follows:

1.      As to Plaintiff's Motion, the parties stipulate that Defendants shall have the opportunity to file amended responsive pleadings addressing the substance of Plaintiff's

1

PDF created with pdfFactory trial version www.pdffactory.com

Motion.  Such amended pleadings will be filed with the Court no later than Wednesday, July 26, 2006, and a copy served on Plaintiff by U.S. Mail and a copy provided by email at the time of electronic filing to facilitate Plaintiff's Reply, if Plaintiff so desires.

2.      As to Defendants' Motion, the parties stipulate that Defendants' Motion and Plaintiff's Objection have been filed and no further amendments shall be allowed to these filings. Defendants may file a Response brief, which the parties agree will be filed no later than Wednesday, July 26, 2006, with service to Plaintiff by U.S. Mail and with a copy sent via email.

3.      The parties further agree to continue the depositions of Placer County Sheriff's Department employee Tom Bettenhausen and Placer County District Attorney's Office employee Beth Casillas to a date after August 4, 2006, to allow for the possible addition of depositions for Sheriff Edward Bonner and Undersheriff Stephen D'Arcy on the same day, depending on the outcome of Defendant's Motion.  The parties agree to schedule these depositions as soon as practicable after August 4, 2006.

4.      Attached hereto as Exhibit "A" is Plaintiff's e-mail agreeing to the continuance of his motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2
_____
Stipulation and Order to Continue Hearing

5.    Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's agreement allowing Defendants to electronically file this pleading with his signature.

Dated:  July 20, 2006                          PLACER COUNTY COUNSEL'S OFFICE


By:      /S/ BRIAN WIRTZ
_____

Attorneys for Defendants PLACER COUNTY; VALERIE HARRIS, Sheriff's Lieutenant; VALERIE HARRIS, an individual; JAMES HUDSON, Detective; JAMES HUDSON, an individual; EDWARD N. BONNER, Sheriff; STEPHEN L. D'ARCY, Undersheriff, JOHN ADDOMS, Lieutenant

Dated:  July 20, 2006


By:      /S/ STEVEN G. DUNMORE
_____

Plaintiff Pro Se

## ORDER

Because the parties have chosen not to follow Local Rule 37-251 up to this point, for the sake of economy, no joint statement on either motion will be required by the court.

IT IS SO ORDERED

**Dated:  July 20, 2006**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

3
_____
Stipulation and Order to Continue Hearing

PDF created with pdfFactory trial version www.pdffactory.com

```
Ddad1/orders.civil/dunmore1806.ord
```

## <u>DECLARATION OF PROOF OF SERVICE</u>

I, JEANETTE LOVEJOY, declare:

I am a citizen of the United States and am employed in the County of Placer.  I am over the age of eighteen (18) years and not a party to the within-entitled action.  My business address is 175 Fulweiler Avenue, Auburn, Placer County, California.

On July 20, 2006, I served the within document(s): **STIPULATION AND ORDER TO CONTINE HEARING**

on the interested parties in this action by placing true copies thereof in sealed envelopes addressed as follows:

Steven G. Dunmore
P. O. Box 770
Loomis, CA  95650

_X_   BY REGULAR MAIL:  I deposited said documents in the United States mail at Auburn, California, in a sealed envelope with postage thereon fully prepaid.

____  BY PERSONAL SERVICE:  I caused such documents to be delivered by hand to the offices of the addressees.

____  BY FEDERAL EXPRESS:  I deposited said documents in a box or other facility regularly maintained by Federal Express, Airbill No. _____

____  BY FACSIMILE:  I caused such document to be transmitted via facsimile to the offices of the addressees.  The facsimile machine I used complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

4
_____
Stipulation and Order to Continue Hearing

PDF created with pdfFactory trial version www.pdffactory.com

1

2      Executed on July 20, 2006, at Auburn, California.

3                                    _____/s/ JEANETTE LOVEJOY_____
                                          JEANETTE LOVEJOY
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    5

PDF created with pdfFactory trial version www.pdffactory.com