IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN G. DUNMORE,                          No.  CIV.S-05-1806 LKK DAD PS

      Plaintiff,

  v.                                         ORDER

COUNTY OF PLACER, et al.,

      Defendants.
_____/

     This matter came before the court on August 4, 2006, for hearing on defendants' Sheriff Edward N. Bonner and Undersheriff Stephen L. D'Arcy's motion for protective order and plaintiff Steven G. Dunmore's motion for in camera review and to compel further answers to interrogatories.  Plaintiff, proceeding pro se, appeared on his own behalf.  Brian Wirtz appeared on behalf of defendants.

     Having considered all written materials submitted in connection with the motions, including those materials reviewed in camera during the hearing on the motions, and after hearing oral

/////

1

argument, for the reasons set forth on the record during the hearing, it is HEREBY ORDERED that:

1.   Defendants' motion for protective order is granted in part and denied in part.   Sheriff Edward N. Bonner and Undersheriff Stephen L. D'Arcy's each shall make themselves available for a deposition not to exceed two (2) hours in length.   The depositions shall be conducted so as to be completed by August 31, 2006.   The parties are directed to cooperate in the scheduling of the depositions.   The parties shall notify the court of the date and times selected so that the court may be available to resolve by telephone any disputes that might arise during the deposition.   In the event of any such disputes, the parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128.

2.   Plaintiff's motion for in camera review[1], to compel further answers to interrogatories and for sanctions is denied.

DATED: August 4, 2006.

Dale A. Drozd
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\dunmore1806.oah.080406

---

[1] The court conducted a limited in camera review during the hearing and determined the assertions of privilege to be appropriate as to documents 11 and 18 as referred to in the privilege log produced by defendants.