PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
Brian R. Wirtz (SBN 225608)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069

Attorneys for Defendants PLACER COUNTY; VALERIE HARRIS, Sheriff's Lieutenant; VALERIE HARRIS, an individual; JAMES HUDSON, Detective; JAMES HUDSON, an individual; EDWARD N. BONNER, Sheriff; STEPHEN L. D'ARCY, Undersheriff, JOHN ADDOMS, Lieutenant (named in Second Amended Complaint as 'JFA').

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN G. DUNMORE, | Case No. 2:05-CV-01806-LKK-DAD |
| Plaintiff, | **ORDER TO MODIFY STATUS** |
| vs. | **(PRETRIAL SCHEDULING) ORDER** |
| | DATE: n/a |
| | TIME: n/a |
| PLACER COUNTY, et al., | COURTROOM: 4 |
| | JUDGE: Honorable Lawrence K. Karlton |
| Defendants | |

## ORDER TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER

On December 18, 2006, all Parties in the case filed a Stipulated Motion to modify the Court's Status (Pretrial Scheduling) Order, dated January 25, 2006. The following dates are amended as follows:

///

///

///

///

**FINAL PRETRIAL CONFERENCE**

The Final Pretrial Conference is RE-SET to <u>June 4</u>, 2007, at 1:30 p.m., before the Honorable Lawrence K. Karlton.

**TRIAL SETTING**

Trial is RE-SET to <u>September 5</u>, 2007, at 10:30 a.m., before the Honorable Lawrence K. Karlton.

Good cause being set forth by the Parties, the court hereby orders the proposed changes as set forth above. All other provisions and timelines set forth in the Status (Pretrial Scheduling) Order remain unchanged.

**IT IS SO ORDERED**

DATED:   December 18, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT