IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN G. DUNMORE,

    Plaintiff,                   No. CIV S-05-1806 LKK DAD PS

    v.

COUNTY OF PLACER, et al.        ORDER

    Defendants.

_____/

        The Placer County defendants have requested that the court replace certain pages in the exhibits filed in support of their motion for summary judgment. See Local Rule 39-140.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Placer County defendants' October 25, 2006 request (#60) to replace certain pages in their exhibits filed September 26, 2006 (#49-2 and 49-3), is granted; and

        2. The Clerk of the Court shall delete the images of the eight pages specified in defendants' October 25, 2006 request and replace them with the pages attached to the request.

DATED: April 23, 2007.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.prose\dunmore1806.ord.replace