• AO 133     (Rev. 4/03) Bill of Costs

# UNITED STATES DISTRICT COURT

Eastern District of California

Steven Dunmore

V.

County of Placer, et al.

**BILL OF COSTS**

Case Number:     2:05-CV-01806-LKK-DAD

| Judgment having been entered in the above entitled action on | 5/30/2007 | against | Plaintiff | , |
| | Date | | | |

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................... | |
| Fees for service of summons and subpoena .............................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $673.85 |
| Fees and disbursements for printing ......................................... | |
| Fees for witnesses (itemize on reverse side) ............................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | |
| Docket fees under 28 U.S.C. 1923 ....................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts ................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ............................................................ | |
| TOTAL | $673.85 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:   Steven Dunmore (Plaintiff)

Signature of Attorney:

Name of Attorney:   Brian R. Wirtz

For:   Defendants County of Placer, Harris, Hudson, D'Arcy, Bonner, and Addoms     Date:   06/13/2007

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

Marianne Matherly                    By:

Acting Clerk of Court                    Deputy Clerk                    Date

| WITNESS FEES (See 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE ($40 per day) | | SUBSISTENCE | | MILEAGE 36¢/mile | | TOTAL |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

1 PLACER COUNTY COUNSEL'S OFFICE
  David K. Huskey (SBN 109329)
2 Brian R. Wirtz (SBN 225608)
3 175 Fulweiler Avenue
  Auburn, California 95603
4 Telephone: (530) 889-4044
5 Facsimile: (530) 889-4069

6 Attorneys for Defendants PLACER COUNTY; VALERIE HARRIS, Sheriff's Lieutenant;
7 VALERIE HARRIS, an individual; JAMES HUDSON, Detective; JAMES HUDSON, an
  individual; EDWARD N. BONNER, Sheriff; STEPHEN L. D'ARCY, Undersheriff, JOHN
8 ADDOMS, Lieutenant (named in Second Amended Complaint as 'JFA').

9

10                **IN THE UNITED STATES DISTRICT COURT**

11              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

13 STEVEN G. DUNMORE,                )    **Case No. 2:05-CV-01806-LKK-DAD**
                                     )
14              Plaintiff,           )    **ATTACHMENT A**
           vs.                       )    **(DEFENDANTS' ITEMIZED COSTS AND**
15                                   )    **DECLARATION OF BRIAN WIRTZ)**
                                     )
16                                   )
                                     )
17 PLACER COUNTY, et al.,            )
                                     )
18              Defendants           )
                                     )
19 _____  )

20

21          Attached hereto are three separate invoices showing costs incurred by

22 Defendants relating to the above lawsuit. The invoices are as follows:

23    1.    Invoice dated June 23, 2006 for deposition transcripts of John Addoms, Valerie

24          Harris, and Jim Hudson (Attached hereto as Exhibit 1). Total cost $305.00.

25    2.    Invoice dated June 23, 2006 for deposition transcripts of John Addoms and

26          Jennifer Vowels (Attached hereto as Exhibit 2). Total cost $142.85.

27

28

                                     1

3.   Invoice dated September 6, 2006 for deposition transcripts of Elizabeth Casillas, Stephen D'Arcy, and Edward Bonner (Attached hereto as Exhibit 3). Total Cost $226.00.

Since Plaintiff noticed the depositions of all of these individuals, the services for which these fees were charged are correct and were actually and necessarily performed. I declare the above to be true under the penalty of perjury.

Dated:  June 13, 2007                    PLACER COUNTY COUNSEL'S OFFICE

By:_____/s/  BRIAN R. WIRTZ_____
BRIAN R. WIRTZ
Attorneys for Defendants PLACER
COUNTY; VALERIE HARRIS, Sheriff's
Lieutenant; VALERIE HARRIS, an
individual; JAMES HUDSON, Detective;
JAMES HUDSON, an individual;
EDWARD N. BONNER, Sheriff;
STEPHEN L. D'ARCY, Undersheriff,
JOHN ADDOMS, Lieutenant (named in
Second Amended Complaint as 'JFA').
JFA').

ATTACHMENT A TO DEFENDANTS' BILL OF COSTS

# CAPITOL REPORTERS
1300 Ethan Way, Suite 225
Sacramento, CA 95825-2297
(916) 923-5447
FAX (916) 923-5450

# INVOICE

TAX I.D. NO.: 68-0369515

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 111741 | 06/23/06 | 2-48693 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/07/06 | TOGNRO | 2:015-CV-0 |

Brian Wirtz, Esq.
Placer County Counsel
175 Fulweiler Avenue
Auburn, CA 95603

**RECEIVED**

JUL 2 8 2006

COUNTY COUNSEL

| CASE CAPTION |
|---|
| STEVEN G. DUNMORE vs. COUNTY OF P |

| TERMS |
|---|
| |

BILLED FOR THE ACCOUNT OF REPORTER IDENTIFIED.

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: JOHN ADDOMS | | 25 PGS @ 1.95/PAGE | 44.85 |
| | EXHIBITS | 10 PGS @ 0.25/PAGE | 2.50 |
| 1 COPY OF TRANSCRIPT OF: VALERIE HARRIS | | 53 PGS @ 1.95/PAGE | 103.35 |
| | EXHIBITS | 78 PGS @ 0.25/PAGE | 19.50 |
| 1 COPY OF TRANSCRIPT OF: JIM HUDSON | | 34 PGS @ 1.95/PAGE | 66.30 |
| JERRY GAMEZ *HOLD***** | | | |
| 05-L22 | | POSTAGE & HANDLING/UPS | 8.50 |
| | | *ASCII/CONDENSED/INDEX | 60.00 |
| | | T O T A L   D U E   >>> | 305.00 |

**Approved by:** BW

In addition to interest all collection fees will be added to invoice. Subject to applicable law, all past due accounts will be subject to monthly service charges of 1 1/2% on the unpaid balance after 30 days. The monthly service charge of 1 1/2% on unpaid balance amounts to 18% per yr.



Duplicate

EXHIBIT 1

# CAPITOL REPORTERS

1300 Ehran Way, Suite 221
Sacramento, CA 95825-2297
(916) 923-5447
FAX (916) 923-5450

# INVOICE

TAX I.D. NO.: 68-0369519

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 111746 | 06/23/06 | 2-48696 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/08/06 | TOGNRO | 2:05-CV-01 |

| CASE CAPTION |
|---|
| STEVEN G. DUNMORE vs. COUNTY OF P |

| TERMS |
|---|
| |

Brian Wirtz, Esq.
Placer County Counsel
175 Fulweiler Avenue
Auburn, CA 95603

LLED FOR THE ACCOUNT OF REPORTER IDENTIFIED.

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF:<br>JOHN ADDOMS, VOLUME II | | | |
| | EXHIBITS | 8 PGS @ 1.95/PAGE<br>18 PGS @ 0.25/PAGE | 15.60<br>4.50 |
| 1 COPY OF TRANSCRIPT OF:<br>JENNIFER VOWELS | | | |
| | EXHIBITS | 45 PGS @ 1.95/PAGE<br>20 PGS @ 0.25/PAGE | 87.75<br>5.00 |
| | *ASCII/CONDENSED/INDEX | | 30.00 |
| | T O T A L   D U E   >>> | | 142.85 |

Approved by: BN

Thank You

addition to interest all collection fees will be added to invoice. Subject to applicable law, all past due accounts will be subject to monthly service charges of 1 1/2% on the unpaid
balance after 30 days. The monthly service charge of 1 1/2% on unpaid balance amounts to 18% per yr.

EXHIBIT 2

# CAPITOL REPORTERS

1809 Stan Ridian Way, Suite 225
Sacramento, CA 95825-2297
(916) 923-5447
FAX (916) 923-5450

TAX I.D. NO.:    68-0369817

**RECEIVED**
**SEP 08 2006**
COUNTY COUNSEL

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 112018 | 09/06/06 | 2-46961 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 08/28/06 | TOGNRO | |

CASE CAPTION

DUNMORE vs. PLACER COUNTY

**05-L22**

TERMS

Brian Wirtz, Esq.
Placer County Counsel
175 Fulweiler Avenue
Auburn, CA 95603

...LED FOR THE ACCOUNT OF REPORTER IDENTIFIED.

| | | | | |
|---|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF:<br>ELIZABETH CASTLLAS | | | 20 PGS @ 1.95/PAGE | 39.00 |
| | EXHIBITS | | 17 PGS @ 0.25/PAGE | 4.25 |
| 1 COPY OF TRANSCRIPT OF:<br>STEPHEN LOWELL D'ARCY | | | 45 PGS @ 1.95/PAGE | 87.75 |
| | EXHIBITS | | 13 PGS @ 0.25/PAGE | 3.25 |
| 1 COPY OF TRANSCRIPT OF:<br>EDWARD BONNER | | | 35 PGS @ 1.95/PAGE | 68.25 |
| | POSTAGE & HANDLING/UPS | | | 8.50 |
| | *ASCII/CONDENSED/INDEX | | | 15.00 |
| | | TOTAL DUE >>>> | | 226.00 |

APPROVED BY:
BW

addition to interest all collection fees will be added to invoice. Subject to applicable law, all past due accounts will be subject to monthly service charges of 1 1/2% on the unpaid ance after 30 days. The monthly service charge of 1 1/2% on unpaid balance amounts to 18% per yr.

EXHIBIT 3